# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 28, 2010

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

140794

WORLD SAVINGS BANK, FSB,
           Plaintiff-Appellee,

v

                                 SC: 140794
                                 COA: 288904

EDWIN VICTOR NASSAR and
ROSALINDA JAYME,
           Defendants-Appellants.
                                 Wayne CC: 08-120022-CH

_____/

      On order of the Court, the application for leave to appeal the February 11, 2010 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 28, 2010                            _____

d0621                                        Clerk